

October 20, 2023

Application GRANTED. The fact discovery deadline is extended, *nunc pro tunc*, to **December 4, 2023**.

The Court wishes Lt. Maynard a speedy recovery.

<u>VIA ELECTRONIC FILING</u>
Hon. Jennifer H. Rearden, U.S.D.J.
United States Courthouse
500 Pearl Street, Courtroom 12B
New York, New York 10007-1312

SO ORDERED.

*/s/ Jennifer H. Rearden*
Jennifer H. Rearden, U.S.D.J.
Date: November 7, 2023

Re: **Anthony Thompson v. The Port Authority of New York and New Jersey,** *et al.*
**Docket No. 23-cv-02212 (JHR)**

Dear Judge Rearden:

Pursuant to Your Honor's Order, dated September 19, 2023 (D.E. 17), please accept this joint letter on behalf of the parties updating the Court on the status of discovery. As Plaintiff's counsel noted in their letter to the Court, dated September 18, 2023 (D.E. 16), the individually named Defendant Lt. Brant Maynard ("Lt. Maynard") suffered an injury and was unable to be deposed before the September discovery end date. Lt. Maynard recently underwent surgery related to this injury and his deposition remains outstanding. As such, parties jointly request a second extension of the fact discovery end date from November 3, 2023 to December 4, 2023 in order to complete Lt. Maynard's deposition and any necessary post-deposition discovery.

Dated:   New York, New York
         October 20, 2023

| /s/ Caitlin Robin | /s/ David R. Kromm |
|---|---|
| Caitlin Robin, Esq. | David R. Kromm, Esq. |
| *Attorney for Plaintiff* | *Attorney for Defendants* |
| *Anthony Thompson* | *Port Authority Law Department* |
| Caitlin Robin and Associates, PLLC | The Port Authority of New York & New Jersey |
| 30 Broad Street, Suite 702 | 4 World Trade Center, 24th Floor |
| New York, New York 10004 | 150 Greenwich Street |
| Telephone No.: (646) 524-6026 | New York, New York 10007 |
| | Telephone No.: (212) 435 -3483 |