**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
ANTHONY THOMPSON,

                Plaintiff,

-against-                                                                           23 **CIVIL** 2212 (LTS)

                                                       **JUDGMENT**

THE PORT AUTHORITY OF NEW YORK
AND NEW JERSEY, PORT AUTHORITY
POLICE LIEUTENANT BRYANT
MAYNARD, and PORT AUTHORITY POLICE
OFFICERS JOHN/JANE DOES NUMBERS 1-
10,

                Defendants.
-----------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Order dated September 10, 2024, Defendants' Motion for Summary Judgment is granted in its entirety. Judgment is entered dismissing Mr. Thompson's complaint; accordingly, the case is closed.

**Dated:**  New York, New York

      September 10, 2024

                                                   **DANIEL ORTIZ**
                                          **Acting Clerk of Court**

                         **BY:**     *K. Mango*

                                                   **Deputy Clerk**